# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

| | |
|---|---|
| Case No. ED CV 10-1456-DSF (PLA) | Date June 27, 2011 |

Title:  Kali A. Elam v. City of San Bernardino, et al.

---

PRESENT: THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| NONE | NONE |

**PROCEEDINGS:** ( IN CHAMBERS)

Pursuant to this Court's Order of March 7, 2011, each party was ordered to file a Status Report no later than June 7, 2011. To date, plaintiff's Status Report has not been filed with the Court. Accordingly, **no later than July 11, 2011, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and for failure to comply with a Court Order. Plaintiff's filing of the Status Report on or before **July 11, 2011**, shall be deemed compliance with this Order to Show Cause.

cc:    Kali A. Elam, Pro Se
       Teresa M. McGowan, County Counsel

Initials of Deputy Clerk    ch