# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| KALI A. ELAM, | No. ED CV 10-1456-DSF (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF SAN BERNARDINO, et al., | |
| Defendants. | |

Pursuant to the order adopting the magistrate judge's final report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: 3/6/12

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE